

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00019-CV

IN RE: THE COMMITMENT OF GREGORY A. JONES

§   On Appeal from the 89th District Court

§   of Wichita County (185,786-C)

§   May 6, 2021

§   Memorandum Opinion by Chief Justice Sudderth

§   Concurring and Dissenting Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS

By    /s/ Bonnie Sudderth
          Chief Justice Bonnie Sudderth